■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD KAVAZANJIAN, Respondent, v MELVIN WILLIAMS, Superintendent, Willard Drug Treatment Campus, Appellant. [895 NYS2d 917]—Appeal from a judgment of the Supreme Court, Seneca County (Dennis F. Bender, A.J.), entered November 19, 2008 in a habeas corpus proceeding. The judgment granted the petition and directed release of petitioner to parole supervision.

It is hereby ordered that the judgment so appealed from is reversed on the law without costs and the petition is dismissed (*see People ex rel. Van Steenburg v Wasser*, 69 AD3d 1135 [2010]; *People ex rel. Muhammad v Bradt*, 68 AD3d 1391 [2009]; *People ex rel. Almodovar v Berbary*, 67 AD3d 1419 [2009], *lv denied* 14 NY3d 703 [2010]).

All concur except Hurlbutt, J.P., who is not participating. Present—Hurlbutt, J.P., Martoche, Smith, Carni and Pine, JJ.

■ SWAN E. CARLSON, Respondent, v JAMESTOWN HOUSING AUTHORITY et al., Appellants. [896 NYS2d 703]—Appeal from an order of the Supreme Court, Chautauqua County (James H. Dillon, J.), entered March 12, 2009 in a personal injury action. The order denied the motion of defendants for summary judgment dismissing the amended complaint.

Now, upon reading and filing the stipulation discontinuing appeal signed by the attorneys for the parties on December 18, 2009,

It is hereby ordered that said appeal is dismissed without costs upon stipulation.

All concur except Hurlbutt, J.P., who is not participating. Present—Hurlbutt, J.P., Martoche, Smith, Carni and Pine, JJ.

■ In the Matter of STATE OF NEW YORK, Appellant, v DANIEL FLAGG, a Patient at Central New York Psychiatric Center, Respondent. (Appeal No. 1.) [895 NYS2d 917]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered August 7, 2008 in a proceeding pursuant to Mental Hygiene Law article 10. The order determined, inter alia, that petitioner had failed to establish that respondent was a dangerous sex offender requiring confinement.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of State of New York v Flagg* (71 AD3d 1528 [2010]). Present—Smith, J.P., Peradotto, Green, Pine and Gorski, JJ.